# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD MILLER, JR.** <br> **Petitioner,** <br> vs. <br> **NEIL MCDOWELL, Warden,** <br> **Respondent.** | Case No.: EDCV 14-1734 DOC (DTB) <br><br> **ORDER ADOPTING IN PART REPORT & RECOMMENDATION [21]** |

Before the Court is Magistrate Judge Bristow's Report and Recommendation ("R&R") (Dkt. 21). The Court adopts pages 1:1 through 5:20 of the R&R, which includes the discussion regarding the *Younger* abstention doctrine, but not the discussion regarding exhaustion of Petitioner's state court remedies.

With regard to exhaustion, Petitioner concedes that Grounds Two and Three are unexhausted (Dkts. 19, 23). However, he argues that he has exhausted his state court remedies as to Ground One and, thus, he should be permitted to proceed on Ground One now. The Court agrees with Petitioner that he has exhausted Ground One because the state appellate courts have already reviewed Ground One once. Ground One was the basis on which the state trial court granted Petitioner a new trial. The California Court of Appeals considered Ground One in reversing the trial court's order for a new trial. *See People v. Miller*, 187 Cal. App. 4th 902 (2010). The California Supreme Court initially granted a petition for review, but later dismissed review and remanded the case in light of *Williams v. Illinois*, 132 S. Ct. 2221 (2012), a then-

recent case on presentation of DNA evidence by expert witnesses and the Confrontation Clause. Nevertheless, dismissal without prejudice under the *Younger* abstention doctrine is appropriate in this case as Ground One appears to be a subject of Petitioner's currently pending direct appeal of his conviction and sentence, along with Ground Two.

**I. Disposition**

For the reasons above, the Court ORDERS as follows:

(1) The Court ADOPTS pages 1:1 through 5:20 of the R&R, up to and including the discussion regarding the *Younger* abstention doctrine;

(2) The Court DECLINES TO ADOPT the remainder of the R&R;

(3) Respondent's motion to dismiss the Petition without prejudice is GRANTED; and

(4) All other pending motions are DENIED AS MOOT.

DATED:    April 13, 2015

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE