JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. MILLER, JR., <br>            Petitioner, <br>     vs. <br> NEIL McDOWELL, Warden, <br>            Respondent. | Case No. EDCV 14-01734-DOC (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Adopting in Part the Report and Recommendation,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: April 13, 2015

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE